UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8109-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

David Karl Davis,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court on defendant's Motion for Early Termination of Supervised Release, filed September 18, 2008. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that said Motion for Early Termination of Supervised Release is **Denied**.

**DONE and ORDERED** in West Palm Beach, this __1__ day of October, 2008.

                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        USPO